UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 07-287M-01 (CR)** |
| | : | |
| **LINDA WHITAKER,** | : | **VIOLATIONS: 18 U.S.C. § 287 (False** |
| | : | **Claims); 4 D.C. Code § 218.01(a)** |
| Defendant. | : | **(Fraud in Obtaining Public Assistance)** |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE: False Claims**

Beginning on or about February 2, 2001, Linda Whitaker, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance from the Housing Choice Voucher Program provided by the District of Columbia Housing Authority ("DCHA"), and funded by the U.S. Department of Housing and Urban Development, a federal government agency. From on or about February 2, 2001, up to on or about December 26, 2004, in the District of Columbia, Linda Whitaker knowingly and intentionally presented false claims to DCHA for program benefits (reduced rent and financial assistance) that she was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims. In total, Linda Whitaker fraudulently obtained approximately $32,900 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

**COUNT TWO:  Fraud in Obtaining Public Assistance**

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a local government agency that administered a public housing assistance program in this District.

Defendant Linda Whitaker, resided in an apartment at 2908 2nd Street, Southeast, Apt 2, in this District; Linda Whitaker was a participant in DCHA's Housing Choice Voucher Program.

From on or about June 14, 2001, up to on or about September 6, 2005, Linda Whitaker did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by on multiple occasions improperly submitting annual recertification forms to DCHA in which Linda Whitaker under-reported her annual income, which resulted in DCHA partially funding Linda Whitaker's rent in an amount greater than Linda Whitaker was eligible to receive.

As a result of Linda Whitaker's scheme, Linda Whitaker improperly received public assistance, that is, money belonging to DCHA to which Linda Whitaker was not entitled, and used the money for her own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610


By: _____
DAVID P. SAYBOLT
Assistant United States Attorney
United States Attorneys Office
VA Bar
Federal Major Crimes Section
555 4th Street, N.W., Room 4840
Washington, D.C.  20530
(202) 307-6080
David.Saybolt@usdoj.gov