FILED

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
            vs.            )   Criminal Case No. _08-61-JR_
                           )
                           )
_Linda Whitaker_           )
                           )

WAIVER OF INDICTMENT

I, ___Linda Whitaker___, the above-name defendant, who is accused of _False Claims and Fraud in Obtaining Public Assistance, in violation of 18:287 and 4 D.C.C. 218.01(a)._ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___April 29, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Linda Whitaker_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge James Robertson