CO-526
(12/86)

**FILED**

APR 29 2008

NANCY MAYER WHITTINGTON CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Criminal No. 08-61
)
_Linda Whitaker_ )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Linda Whitaker_
Defendant

_[signature]_
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judge