UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :
:
v.    :    Criminal No. 08-061-JR
:
LINDA WHITAKER    :
:
Defendant.    :

## STATEMENT OF THE OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant Linda Whitaker agrees and stipulates as follows:

The United States Department of Housing and Urban Development ("HUD") funds a Housing Choice Voucher Program ("HCVP," sometimes referred to as "Section 8") administered through the District of Columbia Housing Authority ("DCHA"), a District of Columbia agency. This program enables low-income families, the elderly and disabled who meet specific criteria to reside in privately-owned housing free of charge or at a reduced rent. HCVP applicants must complete and submit an application to DCHA in which applicants disclose their household composition, income, net family assets, and allowances and deductions. As part of the application, applicants sign a form certifying the information they provide is accurate and complete, and acknowledging their understanding that any false statements or information they provide are punishable under federal and state law. Based upon the information submitted in an application, including reported income and household composition, authorities from DCHA determine whether an applicant is eligible for HCVP subsidies and whether DCHA will partially or fully fund an applicant's rent. Once selected to participate in the HCVP, tenants are required to annually re-certify their eligibility to participate in the program by completing an annual

recertification form and providing documents verifying their household composition, income, net family assets, and allowances and deductions. Tenants are required to sign the recertification form certifying the information they provide is accurate and complete, and acknowledging their understanding that any false statements or information they provide are punishable under federal and state law.

On February 2, 2001, defendant Linda Whitaker applied to the Housing Choice Voucher Program, and completed a "Statement of Family Composition and Income" as part of this initial application. On June 5, 2001, Linda Whitaker completed a second "Statement of Family Composition and Income" to update her application. On June 14, 2001, she moved into her apartment at 2908 Second Street, Southeast, Apt 2, in this District. This is the apartment for which she received HCVP subsidies in 2001, 2002, 2003, 2004 and 2005. In 1999, 2000, 2001, 2002, 2003, 2004 and 2005, however, Linda Whitaker was also employed as a Special Police Officer for the Watkins Security Agency in Washington, D.C. In 2001, 2002, 2003 and 2004, Linda Whitaker knowingly submitted certifications to DCHA that contained false income information. That is, Linda Whitaker executed a fraudulent scheme to willfully obtain public assistance, that is, money to which she was not entitled, from DCHA by submitting an application and annual recertification forms in which Linda Whitaker failed to report the income she received from the Watkins Security Agency, which resulted in DCHA partially or fully funding Linda Whitaker's rent and providing her with utility reimbursements.

On seven occasions beginning in February 2001, up to and including December 2004, Linda Whitaker submitted certification forms in which she failed to report the annual income she received from the Watkins Security Agency.

    \*    On February 2, 2001, Linda Whitaker completed and signed a "Statement of Family Composition and Income" in which she falsely reported no income at all from the Watkins Security Agency. On June 5, 2001, Linda Whitaker completed and signed a "Statement of Family Composition and Income" in which she again falsely reported no income at all from the Watkins Security Agency. And on October 1, 2001, Linda Whitaker completed and signed a "Statement of Family Composition and Income" as part of her annual recertification in which she falsely reported no income at all from the Watkins Security Agency. In fact, as Linda Whitaker knew, her annual income from the Watkins Security Agency in 2001 was $12,301.00.

    \*    On October 23, 2002, Linda Whitaker completed a "Statement of Family Composition and Income" in which she falsely failed to report her income from the Watkins Security Agency. Again, on October 28, 2002, Linda Whitaker completed a recertification checklist in which she falsely failed to report her income from the Watkins Security Agency. In fact, as Linda Whitaker knew, her annual income from the Watkins Security Agency in 2002 was $16,074.00.

    \*    On October 13, 2003, Linda Whitaker completed a recertification checklist in which she falsely failed to report her income from the Watkins Security Agency. In fact, as Linda Whitaker knew, her annual income from the Watkins Security Agency in 2003 was $20,769.46.

    \*    On December 26, 2004, Linda Whitaker completed a recertification checklist in which she falsely failed to report her income from the Watkins Security Agency. In fact, as Linda Whitaker knew, her annual income from the Watkins Security Agency in 2004 was $27,382.02.

As a result of Linda Whitaker's fraudulent scheme, and in reliance on her false statement of family composition and income, DCHA partially funded Linda Whitaker's rent in an amount greater than she was eligible to receive, and Linda Whitaker knowingly converted the money for her own use. Had Linda Whitaker reported her true income, DCHA would have reduced the amount of public assistance provided to her.

On or about August 31, 2005, Special Agents of HUD, Office of Inspector General ("OIG"), interviewed Linda Whitaker after OIG discovered the falsified and fraudulent recertification forms. Linda Whitaker admitted that on multiple occasions she submitted false

and fraudulent recertification forms in which she failed to report her income from the Watkins Security Agency.

Through her scheme, Defendant Bullock has caused the loss of approximately $32,900 of HUD funds to DCHA.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
DAVID P. SAYBOLT
Assistant U.S. Attorney
VA Bar
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6080
David.Saybolt@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 4 29 08

Linda Whitaker
Defendant

I have discussed this Statement of Offense with my client, Linda Whitaker. I concur with her decision to stipulate to this Statement of Offense.

Date: 4-29-08

Danielle Jahn, Esq.
Counsel for the Defendant