UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-61 (JR2)** |
| | : | |
| **v.** | : | |
| | : | |
| **LINDA WHITAKER,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Debra Long-Doyle, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610

BY:    _____/s/_____
        Debra Long-Doyle
        Assistant United States Attorney
        Federal Major Crimes, Bar No. 362518
        555 4th Street, NW, Room 4828
        Washington, DC 20530
        202-305-0634
        Debra.Long-Doyle@usdoj.gov